CIVIL CAUSE FOR CONFERENCE: Pre Motion Conference

Before JUDGE: __GLEESON__   DATE: 10/6/2011   TIME: 11:30Am – 12:10Pm
Docket Number: 11CV 2391

TITLE: Allstate Insurance Co. et al v. Khaimov et al

Courtroom Deputy: __Ilene Lee__   CR: Fred Guerino

APPEARANCES:

FOR PLAINTIFF: Sandra P. Burgos, Robert A. Stern,

FOR PLAINTIFF: Tina R. Karkera.

FOR DEFENDANT: _____

FOR DEFENDANT: Maria C. Diglio

√  CASE CALLED.

___  COUNSEL FOR _____ NOT PRESENT.

___  STATUS CONFERENCE HELD.   √  PRE-MOTION CONFERENCE HELD.

___  CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___  PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___  ALL DISCOVERY TO BE COMPLETED BY _____.

√  __Defendant's__ MOTION TO __Dismiss__.

BRIEFING SCHEDULE:
Motion due: 11/4/11   Opposition/Response due: 12/2/11   Replies due: 12/16/11

___  ORAL ARGUMENT/MOTION HEARING HELD  ___ Motion GRANTED  ___ Motion DENIED

___  DECISION RESERVED  ___ DECISION READ INTO THE RECORD.

___  DECISION IS TAKEN UNDER SUBMISSION.

– The oral argument is set for January 13, 2012 at 11:00Am.